# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

TRACY DAMRON,

        Plaintiff

        v.                               C-1-13-565

DONALD MORGAN, *et al.*,

        Defendants

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 6), and plaintiff's objections (doc. no. 8). The Magistrate Judge concluded that plaintiff's claims brought under 42 U.S.C. § 1983 are frivolous, fail to state a claim upon which relief may be granted or are barred from review on statute of limitations grounds or by the Supreme Court's decision in *Heck v. Humphrey*, 512, U.S. 477, 487 (1994).

The Magistrate Judge therefore recommended that plaintiff's Complaint be DISMISSED WITH PREJUDICE.

**Plaintiff objects to the Judge's Report and Recommendation on the grounds that his findings are contrary to law.**

## **CONCLUSION**

**Upon a *de novo* review of the record, especially in light of plaintiff's objections, the Court finds that plaintiff's objections have either been adequately addressed and properly disposed of by the Judge or present no particularized arguments that warrant specific responses by this Court. The Court finds that the Magistrate Judge has accurately set forth the controlling principles of law and properly applied them to the particular facts of this case and agrees with the Judge.**

**Accordingly, the Court hereby ADOPTS the Report and Recommendation of the United States Magistrate Judge (doc. no. 6). Plaintiff's Complaint (doc. no. 1) is DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).**

**For all of the above reasons, this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in good faith.** *See, McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997). **The Court therefore DENIES plaintiff leave to proceed** *in forma pauperis* **in the United States Court of Appeals for the Sixth Circuit.**

**IT IS SO ORDERED.**

                                                  **s/Herman J. Weber**
                                          **Herman J. Weber, Senior Judge**
                                            **United States District Court**